UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SHARON NGEBI NGONGANANG #A221-391-832

CASE NO.  3:26-CV-01522 SEC P

VERSUS

JUDGE ROBERT R. SUMMERHAYS

U S IMMIGRATION & CUSTOMS ENFORCEMENT

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [ECF No. 5], and after a de novo review of the objections [ECF No. 6], concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as to the legality of the removal order, and **DENIED** and **DISMISSED WITHOUT PREJUDICE** as to the legality of Petitioner's ongoing detention during the presumptively reasonable period.

**THUS, DONE AND SIGNED** in Chambers this 10th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE